DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

TAY v. FLAHERTY

No. 349P88.

Case below: 90 N.C. App. 346.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

WALKER v. GOODSON FARMS, INC.

No. 346P88.

Case below: 90 N.C. App. 478.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

WILLIAMS v. ODELL

No. 399P88.

Case below: 90 N.C. App. 699.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

PETITION TO REHEAR

BOOE v. SHADRICK

No. 221A87.

Case below: 322 N.C. 567.

Petition by defendants to rehear denied 6 October 1988.